**John R. Fabry**
JFabry@carlsonattorneys.com
**Emily Marlowe**
EMarlowe@carlsonattorneys.com
**THE CARLSON LAW FIRM, P.C.**
1717 N. Interstate Highway 35, Ste. 305
Round Rock, TX 78664
(512) 671-7277
*Pro Hac Vice*

**Ruth Rizkalla** CBN 224973
RRizkalla@carlsonattorneys.com
**THE CARLSON LAW FIRM, P.C.**
1500 Rosecrans Ave., Ste. 500
Manhattan Beach, CA 90266
415-308-1915
*Attorneys for Plaintiffs*

**Gil M. Soffer** (CA 158030)
gil.soffer@katten.com
**KATTEN MUCHIN ROSENMAN LLP**
525 W. Monroe Street
Chicago, IL 60661-3963
Telephone: (312) 902-5200
*Attorney for Defendants*

# UNITED STATE DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELTON BROWN, et. al., | Case No. 3:22-cv-02840-WHO |
| Plaintiffs, | **JOINT ADVISORY STATEMENT** |
| v. | Judge:    Hon. William H. Orrick |
| THE UNIVERSITY OF PHOENIX, INC., APOLLO EDUCATION GROUP, INC., and DOES 1 through 10, | |
| Defendants. | |

**JOINT ADVISORY STATEMENT**

Plaintiffs and Defendants, The University of Phoenix, Inc. and Apollo Education Group, Inc., by and through their undersigned counsel, jointly submit this Advisory Statement. After engaging in mediation and settlement discussions, the Parties have reached a settlement agreement. The parties are currently working on settlement documentation and anticipate the settlement will be finalized before January 31, 2023, the deadline to file the Joint Statement in anticipation of the Case Management Conference scheduled on February 7, 2023 at 2:00 P.M. Should the Parties need additional time, they will timely advise the Court.

Dated: October 5, 2022.        Respectfully Submitted,

**THE CARLSON LAW FIRM**
1717 N. Interstate Highway 35, Ste.305
Round Rock, TX 78664
Phone: (512) 571-7277
Fax: (512) 238-0275

By: /s/ John R. Fabry
**John R. Fabry**
*Pro Hac Vice*
JFabry@carlsonattorneys.com
**Emily Marlowe**
EMarlowe@carlsonatorneys.com

**Ruth Rizkalla**
CBN 224973
RRizkalla@carlsonattorneys.com
**THE CARLSON LAW FIRM, P.C.**
1500 Rosecrans Ave., Ste. 500
Manhattan Beach, CA 90266

COUNSEL FOR PLAINTIFFS

**KATTEN MUCHIN ROSENMAN LLP**

By: */s/ Gil M. Soffer*
    Gil M. Soffer (CA 158030)
    gil.soffer@katten.com
    525 W. Monroe Street
    Chicago, IL 60661-3963
    Telephone: (312) 902-5200
*Attorney for Defendants The University of Phoenix, Inc. and Apollo Education Group*