1
2
3
4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6
7

KAO SAELEE,

Case No.  22-cv-02840-WHO

8

Plaintiff,

9

v.

**DISMISSAL FOR FAILURE TO PROSECUTE**

10

THE UNIVERSITY OF PHOENIX, INC.,
et al.,

11

Defendants.

12
13

On November 7, 2022, the Court granted the motion to withdraw of the Carson Law Firm,

14

who represented Kao Saelee and all other plaintiffs in this litigation.  Dkt. No. 27.  All other

15

plaintiffs except Mr. Saelee had agreed to a settlement.  The Court ordered that Mr. Saelee advise

16

the Court by February 7, 2023, of his efforts to secure new counsel or of his intent to represent

17

himself pro se, and that his failure to so inform the Court may result in the dismissal of his claim

18

for failure to prosecute.  A Stipulation of Dismissal With Prejudice filed on December 2, 2022,

19

Dkt. No. 31, recites that Mr. Saelee had been informed by email and by certified mail of the

20

November 7 Order.

21

Mr. Saelee has not contacted the Court.  He did not participate in filing a Joint Case

22

Management Statement, nor did he appear at the Case Management Conference on February 7,

23

2023.  Counsel for the defense indicated that he had communicated with Mr. Saelee about the

24

Case Management Conference last week in an effort to have him participate in drafting the Joint

25

Statement, but that Mr. Saelee did not respond after the initial communication.

26

As a result, in accordance with the November 7, 2022 Order, Mr. Saelee is DISMISSED

27

from this litigation for failure to prosecute.  As all other plaintiffs have settled, the Clerk may

28

United States District Court
Northern District of California

close the file on this matter.

**IT IS SO ORDERED.**

Dated: February 8, 2023



William H. Orrick
United States District Judge